# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GOLD RIDGE HOMEOWNERS'
ASSOCIATION

         v.

ALICE V. GRAY, JAMES REVELL

APPEAL OF: MARSHALL L. WILLIAMS
AND ALICE V. GRAY

: No. 31 MAP 2021
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 26th day of October, 2021, the Notice of Appeal is quashed.